UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Jerome Levell Jefferson,

Petitioner,

vs. ORDER

David Crist, Warden
Minnesota Correctional
Facility - Stillwater;
Sheryl Ramstad Hvass,
Minnesota Commissioner of
Corrections; and Mike
Hatch, Minnesota Attorney
General,

Respondents. Civ. No. 00-990 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 22nd day of May, 2000.

* * *

The Petitioner has filed a Petition for a Writ of Habeas Corpus which claims that he is being illegally detained by the Respondent for reasons which are violative of his rights under the Constitution, laws or treaties of the United States.

NOW, THEREFORE, the Respondents are directed to show cause, within 20 days from the date of this Order, why relief should not be granted:

1. By making a Return in writing;

2. By filing with the Court a reasoned memorandum of law and

FILED MAY 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

fact fully stating the Respondents' legal position, and views on the need for this Court to conduct an evidentiary hearing on the merits of the Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Absent compliance with this Order within the 20 day period, the Court will entertain a motion to grant relief to the Petitioner forthwith.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE



DEPU