**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JEROME LEVELL JEFFERSON,

Petitioner,

v.

DAVID CRIST,
MICHAEL HATCH, and
SHERYL RAMSTAD HVASS,

Respondents.

Civil No. 00-990 JRT/SRN

**ORDER**

---

Chad M. Oldfather, FAEGRE & BENSON, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for petitioner.

Walter M. Kaminsky, OFFICE OF THE SHERBURNE COUNTY ATTORNEY, 13880 Highway 10, Elk River, MN 55330 , for respondent.

Whereas there exists an Order adopting Magistrate Judge Susan R. Nelson's Recommendation denying petitioner's habeas corpus petition, and the case is dismissed without prejudice,

**IT IS HEREBY ORDERED** that the Court's Order dated December 12, 2000, is **VACATED**.

Dated: Jan 16, 2001
at Duluth, Minnesota

JOHN R. TUNHEIM
United States District Judge

JAN 16 2001