**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JEROME LEVELL JEFFERSON,

Petitioner,

v.

DAVID CRIST,
MICHAEL HATCH, and
SHERYL RAMSTAD HVASS,

Respondents.

Civil No. 00-990 JRT/SRN

**AMENDED ORDER**

---

Chad M. Oldfather, FAEGRE & BENSON, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for petitioner.

Walter M. Kaminsky, OFFICE OF THE SHERBURNE COUNTY ATTORNEY, 13880 Highway 10, Elk River, MN 55330, for respondent.

Whereas there exists an Order adopting Magistrate Judge Susan R. Nelson's Recommendation denying petitioner's habeas corpus petition, and the case is dismissed without prejudicc,

**IT IS HEREBY ORDERED** that the Court's Order dated December 6, 2000, is **VACATED**.

Dated: Feb. 14, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED FEB 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK