# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jerome Levell Jefferson

Case No. Civil 00-990JRT/SRN

v.

**JUDGMENT IN A CIVIL CASE**

David Crist, Warden, Michael Hatch,
Minnesota Attorney General and Sheryl
Ramstad Hvass, Commission of Corrections

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the court **OVERRULES** petitioner's objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge; that petitioner's petition for writ of habeas corpus is **DISMISSED with prejudice**.

DATE: April 27, 2001

FRANCIS E. DOSAL, CLERK

____________________________

Denise La Fond, Deputy Clerk